**ADANTÉ D.  POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRILO HERNANDEZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, a municipal corporation; and DOES 1-50, inclusive.<br>Defendants. | Case: 2:25-cv-02276-DJC-CSK<br><br>**SECOND AMENDED STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on **October 6, 2025,** this Court issued a scheduling order. (**ECF NO. 13).**

WHEREAS, the Parties have engaged in substantive written discovery, including Rule 34 Requests for Production of Documents and subpoenas to several third party medical providers.

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

**SECOND AMENDED STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**
**HERNANDEZ V. COUNTY OF SACRAMENTO**
- 1 -

WHEREAS, the Parties agree that this is a complex case involving significant medical issues that will likely require the depositions of third party medical treaters and numerous jail medical staff in addition to Plaintiff. Accordingly, the Parties agree that it is in all Parties' best interests to amend the case scheduling order in order to facilitate the comprehensive fact discovery that this case requires.

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court's initial scheduling order (**ECF NO. 13)** be amended accordingly:

| | | |
|---|---|---|
| Close of Fact Discovery: | ~~April 24, 2026~~ | **September 25, 2026** |
| Expert Witness Disclosure: | ~~May 22. 2026~~ | **October 23, 2026** |
| Rebuttal Expert Disclosure: | ~~June 19, 2026~~ | **November 20, 2026** |
| Close of Expert Discovery: | ~~July 17, 2026~~ | **December 18, 2026** |
| Dispositive Motion Filing: | ~~September 25, 2026~~ | **February 26, 2027** |
| Final Pretrial Conference: | ~~February 25, 2027~~ | **August 5, 2027** |
| Proposed Jury Trial: | ~~April 26,~~ 2027 | **October 4, 2027** |

IT IS SO AGREED.

Dated: **April 13, 2026**            /s/ **Ty Clarke**
                                     **Ty Clarke**
                                     Attorney for Plaintiffs

Dated: **April 13, 2026**            /s/ **Ashley Marie Calvillo**
                                     **Ashley Marie Calvillo**
                                     Attorney for Defendants

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

**IT IS SO ORDERED.**


Dated:  April 13, 2026                    /s/ Daniel J. Calabretta

                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400